No._____

John Robert Manning     *     In the Court of

       V.            *     Criminal Appeals

The State of Texas     *     of Texas

### PRO-SE MOTION REQUESTING LEAVE TO FILE ORIGINAL COPY ONLY OF THE PRO-SE PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 30 2015
Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the Appellant / Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy of the pro-se petition for discretionary review and in support thereof would show the court the following:

FILED IN
COURT OF CRIMINAL APPEALS
DEC 30 2015
Abel Acosta, Clerk

1. The style and number in the 9th Court of Appeals is: John Robert Manning V. The State of Texas, Appeal No.'s 09-13-00533-CR and 09-13-00534-CR.

2. The Appellant / Petitioner moves pursuant to Rule 2 Texas Rule of Appellate Procedure, that this Court suspend Rule 9.3 (b) Texas Rule of Appellate Procedure that requires the filing of eleven copies of the petition for discretionary review with the Court.

3. The facts relied upon to show good cause for this request are as follows: The Appellant / Petitioner is indigent and presently incarcerated and does not have access to a photo copier. The Petitioner is presently not represented by counsel and intends to file a pro-se petition for discretionary review.

Wherefore, Premises Considered, the Appellant/Petitioner respectfully request that this Honorable Court grant leave to file an origional copy only of the petition for discretionary review.

Respectfully Submitted,

John R. Manning Pro-se
TDCJ ID. No. 1899876
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

I John Robert Manning, TDCJ ID. No. 1899876, being presently incarcerated at the Barry Telford Unit, Bowie County, Texas hereby declare under penalty of perjury that the above mentioned are true and correct to the best of my Knowledge.

Executed on the 21st day of December 2015